U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| **PLAINTIFF** <br> VERONIQUE TREMBLAY ET AL | **COURT CASE NUMBER** <br> C.A. No. 4:26-cv-02473 |
| **DEFENDANT** <br> THE IRONMAN GROUP and WORLD TRIATHLON CORPORATION | **TYPE OF PROCESS** <br> SERVICE Verified Complaint |

RECEIVED
UNITED STATES MARSHAL.
2026 APR 10 AM 9:58

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Memorial Hermann Health System

ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*)

929 Gessner Drive, Suite 2700, Houston, Texas 77024

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Marcus R. Spagnoletti
Spagnoletti Law Firm
401 Louisiana, 8th Floor
Houston, TX 77002

Number of process to be served with this Form 285 — 1

Number of parties to be served in this case — 1

Check for service on U.S.A.

*United States Courts Southern District of Texas FILED APR 22 2026 Nathan Ochsner, Clerk of Court*

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold

Please serve: 1) Plaintiff's Original Verified Complaint; 2) Order for Issuance of Process of Maritime Attachment and Garnishment; and 3) Writ of Attachment and Garnishment on Memorial Hermann Health System.

Marshal is not directed to attach any items/property

Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF <br> ☐ DEFENDANT | TELEPHONE NUMBER <br> 713-653-5600 | DATE <br> 4/8/26 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process <br> 1 of 3 | District of Origin <br> No. 79 | District to Serve <br> No. 79 | Signature of Authorized USMS Deputy or Clerk | Date <br> 4/3/26 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*)

De from the legal dept, located on the 26th floor, accepted process

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (*complete only different than shown above*)

| Date <br> 4/21/26 | Time <br> 8:20 | ☒ am ☐ pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: USMS FEE $65  Mileage 24 miles x .0725= $17.40
total fees= $82.40

**DISTRIBUTE TO:** 1. CLERK OF THE COURT <br> 2. USMS RECORD <br> 3. NOTICE OF SERVICE <br> 4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal. <br> 5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| VERONIQUE TREMBLAY ET AL | C.A. No. 4:26-cv-02473 |

RECEIVED
UNITED STATES MARSHAL
2026 APR 10  AM 9: 58
SOUTHERN... TX

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| THE IRONMAN GROUP and WORLD TRIATHLON CORPORATION | SERVICE  Writ of Attachment & Garnishment |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Memorial Hermann Health System |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 929 Gessner Drive, Suite 2700, Houston, Texas 77024 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Marcus R. Spagnoletti<br>Spagnoletti Law Firm<br>401 Louisiana, 8th Floor<br>Houston, TX 77002 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                 Fold

Please serve: 1) Plaintiff's Original Verified Complaint; 2) Order for Issuance of Process of Maritime Attachment and Garnishment; and 3) Writ of Attachment and Garnishment on Memorial Hermann Health System.

Marshal is not directed to attach any items/property

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>713-653-5600 | DATE<br>4/8/26 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>2 of 3 | District of Origin<br>No. 79 | District to Serve<br>No. 79 | Signature of Authorized USMS Deputy or Clerk | Date<br>4/3/26 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above)<br>De from the legal dept, located on the 26th floor, accepted process | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address (complete only different than shown above) | Date<br>4/21/26 | Time<br>8:20 | ☒ am<br>☐ pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br><br>$0.00 |
|---|---|---|---|---|---|

REMARKS:  USMS FEE $ 65

DISTRIBUTE TO: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

RECEIVED
UNITED STATES MARSHAL

2026 APR 10 AM 9: 58

SOUTHERN DIST.

| PLAINTIFF VERONIQUE TREMBLAY ET AL | COURT CASE NUMBER C.A. No. 4:26-cv-02473 |
|---|---|
| DEFENDANT THE IRONMAN GROUP and WORLD TRIATHLON CORPORATION | TYPE OF PROCESS SERVICE  Order for Issuance |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Memorial Hermann Health System

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

929 Gessner Drive, Suite 2700, Houston, Texas 77024

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Marcus R. Spagnoletti Spagnoletti Law Firm 401 Louisiana, 8th Floor Houston, TX 77002 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold | Fold

Please serve: 1) Plaintiff's Original Verified Complaint; 2) Order for Issuance of Process of Maritime Attachment and Garnishment; and 3) Writ of Attachment and Garnishment on Memorial Hermann Health System.

Marshal is not directed to attach any items/property

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 713-653-5600 | DATE 4/8/26 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process 3 of 3 | District of Origin No. M | District to Serve No. M | Signature of Authorized USMS Deputy or Clerk | Date 4/3/26 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) De from the legal dept, located on the 26th floor, accepted process | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (*complete only different than shown above*) | Date 04/21/26 | Time 8:20 | ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including *endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:   USMS FEE $65

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

## WRIT RETURN

Veronique Tremblay et al
VS
The IRONMAN GROUP and WORLD Triathlon Corporation

Case No.4:26-CV-02473

DATE WRIT RECEIVED: 4/3/2026 @ 10:11 AM

DATE AND TIME OF LEVY: N/A The United States Marshals Service was instructed to serve process only

REAL PROPERTY SEIZED PURSUANT TO LEVY: N/A

Plaintiff's counsel instructed the United States Marshals Service not to levy upon or garnish any property.

DATE AND TIME OF SALE: N/A

GROSS PROCEEDS: N/A

USMS COSTS, EXPENSES, AND FEES TO LEVY AND SELL PROPERTY: **N/A**

The Writ of Execution was received and executed by:

Name:    Israel Barajas
Title:    Deputy U.S. Marshal
District:    S/TX-Houston Division



