IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VERONIQUE TREMBLAY, | § | |
| Individually and as Representative of the | § | |
| Estate of Jean- Francois Alain, and as | § | |
| Next Friend of E.A., a minor and | § | C.A. NO. 4:26-cv-02473 |
| wrongful death beneficiary; LOUIS- | § | |
| PHILLIPPE ALAIN, and JEAN ALAIN | § | |
| | § | |
| VS. | § | |
| | § | |
| THE IRONMAN GROUP and WORLD | § | |
| TRIATHLON CORPORATION | § | |

## MOTION FOR ADMINISTRATIVE STAY

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW Plaintiffs Veronique Tremblay, Individually and as Representative of

the Estate of Jean-Francois Alain, and as Next Friend of E.A., a minor and wrongful death

beneficiary; Louis-Phillipe Alain, as wrongful death beneficiary of Jean-Francois Alain;

and Jean Alain as wrongful death beneficiary of Jean-Francois Alain (collectively

"Plaintiffs"), and Garnishee Memorial Hermann Health Systems ("Garnishee"), and would

respectfully show unto this Honorable Court the following:

1.      Plaintiffs bring claims for attachment made under Rule B of the Supplemental

Rules for Certain Admiralty or Maritime Claims & Certain Asset Forfeiture Actions of the

Federal Rules of Civil Procedure ("Rule B").   Plaintiffs assert the underlying suit arises out

of the injuries and ultimate death suffered by Jean-Francois Alain during the swimming

portion of the Ironman 70.3 Texas event held on April 7, 2024, in navigable waters in

Galveston, Texas.

2.      Rule B allows for a plaintiff to attach a defendant's tangible or intangible personal property in the hands of garnishees if the defendant is not found within the district where the action is brought.   In this case, Defendants The Ironman Group and World Triathlon Corporation (collectively "Defendants") cannot be found within this District for purposes of Rule B.   Defendants, however, have certain goods and chattels, or credits and effects within the Southern District of Texas, namely sponsorship funds that Garnishee pays to Defendants.

3.      On March 30, 2026, Plaintiffs filed a Motion for Issuance of Process of Maritime Attachment and Garnishment (Dkt. 3).   On March 31, 2026, the Court signed an Order for Issuance of Process of Maritime Attachment and Garnishment (Dkt. 4) and issued a Writ of Attachment and Garnishment.   The Writ of Attachment and Garnishment was served on Garnishee on April 21, 2026.   *See* Return of Service (Dkt. 7).   Garnishee filed an answer to the garnishment action on May 8, 2026 (Dkt. 10).

4.      Garnishee agrees to hold and not disburse any funds it may possess that might otherwise be due to Defendants without further order of this Court.

5.      Accordingly, although Rule E suggests a prompt hearing on the issue of the garnishment, because the named Defendants have not yet answered or appeared in this matter, Plaintiffs and Garnishee believe that a joint discovery/case management plan, scheduling order, and trial date in this matter are premature at this time.   Plaintiffs and Garnishee jointly request the Court place the case into administrative stay with the exception of a status conference every six (6) months or as often as the Court requires or as otherwise may be requested by Plaintiffs, Garnishee or Defendants.

Respectfully submitted,

*/s/ Marcus R. Spagnoletti*
Marcus R. Spagnoletti
Attorney-in-Charge
SBN 24076708 / SDTX ID 1139600
mspagnoletti@spaglaw.com
401 Louisiana Street, 8th Floor
Houston, Texas 77002
Telephone:    713-653-5600
Facsimile:     713-653-5656

**OF COUNSEL**:

SPAGNOLETTI LAW FIRM
401 Louisiana Street, 8th Floor
Houston, Texas 77002
Telephone: 713-653-5600
Facsimile: 713-653-5656

and

MOYE LAW FIRM
William R. Moye
SBN 24027553
will@moyefirm.com
2200 Post Oak, Blvd. Suite 1000
Houston, Texas 77056
Telephone: 713-333-8206

**ATTORNEYS FOR PLAINTIFF**S

and

3

SPENCER FANE, LLP

*/s/ R. Edward Perkins*

R. Edward Perkins
SBN 15790410
eperkins@spencerfane.com
3040 Post Oak Blvd., Suite 1400
Houston, Texas 77056
Telephone:    713-552-1234
Facsimile:    713-963-0859

**ATTORNEYS FOR GARNISHEE,
MEMORIAL HERMANN HEALTH SYSTEMS**

4