IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VERONIQUE TREMBLAY, Individually and as Representative of the Estate of Jean- Francois Alain, and as Next Friend of E.A., a minor and wrongful death beneficiary; LOUIS-PHILLIPPE ALAIN, and JEAN ALAIN<br><br>VS.<br><br>THE IRONMAN GROUP and WORLD TRIATHLON CORPORATION | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. NO. 4:26-cv-02473 |

**JOINT DISCOVERY/CASE MANAGEMENT PLAN
UNDER RULE 26(F)
<u>FEDERAL RULES OF CIVIL PROCEDURE</u>**

Please restate the instruction before furnishing the information.

1.    **Rule 26(f) meeting.** State where and when the parties met as required by Rule 26(f). Identify the counsel who attended for each party.

**The parties conducted a Rule 26(f) conference via email on June 3, 2026, and exchanged draft versions of the JDCMP via email on June 3, 2026.**

**For Plaintiffs:**
**Marcus R. Spagnoletti**
**Texas Bar No. 24076708 / S.D. Tex. ID No. 1139600**
**Spagnoletti Law Firm**
**401 Louisiana Street, 8th Floor**
**Houston, Texas 77002**
**Telephone: 713-653-5600**
**Facsimile: 713-653-5656**
**mspagnoletti@spaglaw.com**

**For Garnishee:**
**R. Edward Perkins**
**Texas Bar No. 15790410**
**Spencer Fane, LLP**
**3040 Post Oak Blvd., Suite 1400**
**Houston, Texas 77056**
**Telephone: 713-552-1234**
**Facsimile: 713-963-0859**
**eperkins@spencerfane.com**

**Defendants have not appeared and did not take part in the conference.**

2.    **Jurisdiction.**

a.    **Basis.** Specify the basis of federal jurisdiction. Identify any disagreements about jurisdiction.

**Plaintiffs assert that this matter is subject to federal jurisdiction pursuant to 28 U.S.C. § 1333, the general maritime law, and Rule B of the Supplemental Rules for Certain Admiralty or Maritime Claims & Certain Asset Forfeiture Actions of the Federal Rules of Civil Procedure.**

**The position of Plaintiffs is laid out in Plaintiffs' Original Verified Complaint (Dkt. 1). There are no disagreements about jurisdiction at this time.**

b.    **Diversity.** For jurisdiction based on diversity, identify any disagreement about the amount in controversy. If the case involves an unincorporated entity as a party (such as an LLC, LLP, or partnership), state the citizenship of every member. Any such party must also attach to this filing an affidavit or declaration establishing the citizenship of every member.

**Neither party asserts diversity as a basis for federal jurisdiction.**

3.    **Case background.**

a.    **General description.** Briefly describe what this case is about. In addition, state the elements of each cause of action, defense, and counterclaim.

2

**Plaintiffs:**

**Plaintiffs bring claims for attachment made under Rule B of the Supplemental Rules for Certain Admiralty or Maritime Claims & Certain Asset Forfeiture Actions of the Federal Rules of Civil Procedure ("Rule B"). Plaintiffs assert the underlying suit arises out of the injuries and ultimate death suffered by Jean-Francois Alain during the swimming portion of the Ironman 70.3 Texas event held on April 7, 2024, in navigable waters in Galveston, Texas. In this case, Defendants The Ironman Group and World Triathlon Corporation (collectively "Defendants") cannot be found within this District for purposes of Rule B. Defendants, however, have certain goods and chattels, or credits and effects within the Southern District of Texas, namely sponsorship funds that Garnishee pays to Defendants.**

**Rule B allows for a plaintiff to attach a defendant's tangible or intangible personal property in the hands of garnishees if:**

1. **Defendants are not found within the district where the action is brought; and**
2. **Defendants, have certain goods and chattels, or credits and effects within the district.**

**Garnishee:**

**Garnishee agrees to hold and not disburse any funds it may possess that might otherwise be due to Defendants until further order of this Court.**

**Defendants:**

**Defendants have not appeared in this suit.**

b. **Related cases.** List all related cases pending in any other state or federal court. Identify the court and case number. Describe how it relates to this case.

**Case No. 26-CA-003806;** *Veronique Tremblay, as Personal Representative of the Estate of Robert Jean-Francois Alain, deceased, vs. The Ironman Group, World Triathlon Corporation, and USA Triathlon***; In the 13th Judicial Circuit Court of Hillsborough County, Florida. This is the underlying case where Plaintiffs brings claims against Defendants.**

3

c. **Narrowing factual issues.** Specify any agreements or stipulations that can be made about any relevant facts or any element in the cause(s) of action.

**None at this time.**

d. **Narrowing legal issues.** State any legal issues that can be narrowed by agreement or by motion.

**None at this time.**

e. **Class issues.** Describe any class-action or collective-action issues. Provide the proposed definition of the class. Identify the basis for any opposition.

**None.**

4. **Parties.**

a. **Unserved parties.** List any unserved parties. State a date certain by which such party will be served.

**Defendants have not been served. Plaintiffs contend Defendants do not need to be served in this action because the purpose of this case is a Rule B action for garnishment. Otherwise, Garnishee has agreed to withhold any funds it possesses that might otherwise be due to Defendants until further order of the Court. See Joint Motion for Administrative Stay (Dkt. 12).**

b. **Additional parties.** List any anticipated additional parties. Identify the party seeking to add them, briefly explain why, and indicate a date by which to do so.

**None known at this time.**

c. **Interventions.** List and briefly explain any anticipated interventions.

**None known at this time.**

d. **Interested persons.** Certify that all parties have filed the Disclosure of Interested Persons as directed in the Order for Conference and Disclosure of Interested Persons.

**All parties have filed the Disclosures of Interested Persons as directed in the Order for Conference and Disclosure of Interested Persons.**

5. **Discovery.**

a. **Initial disclosures.** State whether each party has completed its Rule 26(a) initial disclosures. If not, specify the date by which each party will do so.

**The Parties have not yet exchanged initial disclosures, but agree to do so by June 26, 2026 if the Court does not grant the Joint Motion for Administrative Stay (Dkt. 12).**

b. **Topics.** Specify the topics upon which discovery is needed. State whether the parties considered conducting discovery in phases.

**Subject to the Prior Joint motion (Dkt. 12), the parties anticipate that, broadly, discovery will consist of topics concerning: Plaintiff's injuries and death, medical care, and economic damages; Plaintiff's prior earnings and work history; Plaintiff's medical history; Defendants' policies and procedures relevant to this lawsuit; Defendants' insurance coverage applicable to this claim; Defendants' goods, chattels, credits, or effects; Garnishee's possession of Defendants' goods, chattels, credits, or effects. Discovery may encompass or include other matters as this matter progresses.**

c. **Completed.** Specify any discovery already underway or accomplished.

**None.**

d. **Limitations.** Describe any requested change to limitations set by the Federal Rules of Civil Procedure as to interrogatories, depositions, or other matters.

**None at this time.**

e. **Preservation.** Describe any issues about preservation of discoverable information.

**The parties are not aware of any dispute concerning this issue at present. Broadly, the parties intend to comply with all applicable requirements concerning the preservation of evidence.**

f.    **Disputes.** Specify any discovery disputes.

**None known at this time.**

6.    **Orders.**

a.    **Scheduling and docket control order.** State whether any party requests a change to the scheduling and docket control order entered in this case. Specify reasons for any extension believed necessary and clearly indicate any disagreements. Complete and attach a proposed scheduling and docket control order reflecting any extension sought.

**Other than as set forth in the Joint Motion (Dkt. 12), none requested at this time.**

b.    **Protective order.** State whether the parties will submit for entry a protective order. Describe any issues about confidentiality.

**None requested at this time.**

c.    **E-discovery order.** State whether the parties will submit for entry an order with respect to electronic discovery. Describe any issues about disclosure or discovery of electronically stored information.

**Not at this time.**

7.    **Settlement.** Discuss the possibility for prompt, agreed resolution of the case at the Rule 26(f) meeting. State whether the parties are amenable to early mediation or other settlement attempt.

**The Parties agree that Garnishee will withhold any funds it possesses that might otherwise be due to Defendants until further order of the Court.**

8. **Trial.**

    a.     **Magistrate Judge.** Indicate the parties' joint position on referral of this case for all purposes, including trial, to the Magistrate Judge assigned to this matter.

        **The parties do not consent to referral to Magistrate Judge.**

    b.     **Jury demand.** Identify any party that has made a jury demand and whether it was timely.

        **Not at the present time.**

    c.     **Length of trial.** Specify the number of hours it will likely take to present the evidence at trial in this case.

        **45 hours.**

9.     **Pending motions.** List all pending motions. Specify any appropriate for argument at the initial pretrial conference.

        **Joint Motion for Administrative Stay (Dkt. 12).**

10.     **Other matters.** List any other matter that deserves attention at the initial pretrial conference.

        **None known at this time.**

_/s/ Marcus R. Spagnoletti_                       June 3, 2026
Counsel for Plaintiffs                           Date

_/s/ R. Edward Perkins (with permission)_         June 3, 2026
Counsel for Garnishee,                          Date
Memorial Hermann Health Systems