UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Veronique Tremblay, et al.<br>Plaintiff, | §<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:26–cv–02473 |
| vs. | §<br>§<br>§ | JUDGE CHARLES ESKRIDGE |
| The Ironman Group, et al.<br>Defendant. | §<br>§<br>§ | |

NOTICE OF RESETTING

Take notice that the Initial Conference set for 6/17/2026, has been RESET as follows:

Wednesday, June 24, 2026, at 02:30 PM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 9F
515 Rusk Street
Houston, Texas 77002