United States District Court
Southern District of Texas
**ENTERED**
June 29, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| VERONIQUE TREMBLAY, *et al*, | § | CIVIL ACTION NUMBER |
| | § | 4:26-cv-02473 |
| Plaintiffs, | § | |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| THE IRONMAN GROUP, *et al*, | § | |
| | § | |
| Defendants. | § | |

### ORDER

The joint motion for administrative stay is GRANTED. Dkt 12.

It is ORDERED that all deadlines are ABATED.

This matter is also STAYED and ADMINISTRATIVELY CLOSED. It will be reinstated on the active docket upon motion by the parties. A copy of this order must be attached as an exhibit to any motion to reinstate.

The parties must file a joint status report on November 30th and May 31st of each year until reinstated.

SO ORDERED.

Signed on June 26, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge