**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| VERONIQUE TREMBLAY, *et al*, | § § | CIVIL ACTION NUMBER 4:26-cv-02473 |
| Plaintiffs, | § | |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| THE IRONMAN GROUP, *et al*, | § § | |
| Defendants. | § | |

**MINUTE ENTRY**

Minute entry for INITIAL CONFERENCE before Judge Charles Eskridge on June 24, 2026. All parties present by video and represented by counsel, except for Defendants The Ironman Group and World Triathlon Corporation, who have not yet appeared.

Plaintiffs advised of current status. They advised understanding that Garnishee Memorial Hermann Health Systems will not disburse subject funds absent court order.

The partes advised of the recent filing of a joint motion for an administrative stay of this action. See Dkt 12.

Upon review, it is determined that motion will be granted and a separate order entered in that regard.

SO ORDERED.

Signed on June 24, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge