IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VERONIQUE TREMBLAY, Individually and as Representative of the Estate of Jean- Francois Alain, and as Next Friend of E.A., a minor and wrongful death beneficiary; LOUIS-PHILLIPPE ALAIN, and JEAN ALAIN | § | C.A. NO. 4:26-cv-02473 |
| VS. | § | |
| THE IRONMAN GROUP and WORLD TRIATHLON CORPORATION | § | |

**JOINT STATUS REPORT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW Plaintiffs Veronique Tremblay, Individually and as Representative of the Estate of Jean-Francois Alain, and as Next Friend of E.A., a minor and wrongful death beneficiary; Louis-Phillipe Alain, as wrongful death beneficiary of Jean-Francois Alain; and Jean Alain as wrongful death beneficiary of Jean-Francois Alain (collectively "Plaintiffs"), and Garnishee Memorial Hermann Health Systems ("Garnishee"), and would respectfully show unto this Honorable Court the following:

1. Plaintiffs and Garnishee hereby file this joint status report pursuant to the Court's June 24, 2026 order (Dkt. 15) granting the joint motion for administrative stay (Dkt. 12).

2. While the present case is stayed, Plaintiffs are pursuing the tangentially related case against Defendants The Ironman Group and World Triathlon Corporation (collectively "Defendants") in the Thirteenth Judicial Circuit Court in and for Hillsborough

County, Florida, Case No. 26-CA-003806. That case is set for trial beginning September 20, 2027 with expert discovery concluding May 28, 2027, any *Daubert* motions due June 27, 2027, exhibit lists due August 26, 2027, and a pretrial conference on September 9, 2027.

3. Plaintiffs and Garnishee jointly request the Court continue the stay. Garnishee will continue to abide by its prior agreement to hold and not disburse any funds it may possess that might otherwise be due to Defendants without further order of this Court. Plaintiffs and Garnishee will provide this Court another status update on May 31, 2027 as directed in the June 24, 2026 order (Dkt. 15).

Respectfully submitted,

*<u>/s/ Marcus R. Spagnoletti</u>*
Marcus R. Spagnoletti
Attorney-in-Charge
SBN 24076708 / SDTX ID 1139600
mspagnoletti@spaglaw.com
401 Louisiana Street, 8th Floor
Houston, Texas 77002
Telephone: 713-653-5600
Facsimile: 713-653-5656

**OF COUNSEL**:

SPAGNOLETTI LAW FIRM
401 Louisiana Street, 8th Floor
Houston, Texas 77002
Telephone: 713-653-5600
Facsimile: 713-653-5656

and

MOYE LAW FIRM
William R. Moye
SBN 24027553
will@moyefirm.com
2200 Post Oak, Blvd. Suite 1000
Houston, Texas 77056
Telephone: 713-333-8206

**ATTORNEYS FOR PLAINTIFFS**

and

SPENCER FANE, LLP

*<u>/s/ R. Edward Perkins</u>*
R. Edward Perkins
SBN 15790410
eperkins@spencerfane.com
3040 Post Oak Blvd., Suite 1400
Houston, Texas 77056
Telephone: 713-552-1234
Facsimile: 713-963-0859

**ATTORNEYS FOR GARNISHEE,
MEMORIAL HERMANN HEALTH SYSTEMS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing was automatically accomplished on all counsel of record through the CM/ECF Notice of Electronic filing, on this 24th day of November, 2026, in accordance with the Federal Rules of Civil Procedure.

*/s/ Marcus R. Spagnoletti*
Marcus R. Spagnoletti